# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**GREGORY MARQUE HILLIE**                                                                                      **PETITIONER**

**v.**                            **No. 4:21-CV-00005-DMB-RP**

**CHARLES E. WEBSTER**                                                                          **RESPONDENT(S)**

## ORDER

Gregory Marque Hillie has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 28th day of January, 2021.

                                                                   /s/ Roy Percy
                                                                    UNITED STATES MAGISTRATE JUDGE