IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GREGORY MARQUE HILLIE**                                                              **PETITIONER**

**V.**                                                               **NO. 4:21-CV-5-DMB-RP**

**CHARLES E. WEBSTER**                                                          **RESPONDENT**

## ORDER

Gregory Marque Hillie's petition for habeas relief[1] was transferred to the United States District Court for the Northern District of Mississippi on January 15, 2021. Doc. #23. On January 28, 2021, the Court, finding that Hillie did not use the standard form for filing a petition for a writ of habeas corpus, ordered Hillie to complete and return such form within twenty-one days, and warned that his "[f]ailure to do so may lead to the dismissal of this case without prejudice." Doc. #26. Despite this directive, Hillie failed to return the proper form, and the deadline for doing so has passed.[2] Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a court order.

**SO ORDERED**, this 4th day of March, 2021.

                                                                   /s/Debra M. Brown
                                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #1.

[2] Correspondence sent to Hillie by the Court has been returned as undeliverable. *See* Doc. #27. It is Hillie's responsibility to keep the Court informed of his current address. *See* Doc. #25. Hillie received multiple orders warning that "failure to keep the Court informed of his current address may result in the dismissal" of this case. *See* Docs. #3, #4 at 2, #6 at 2, #15.